**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tammy L. Koval<br>      <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 16-23200 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Toyota Motor Credit Corporation, as Servicer for Toyota Lease Trust, and index same on the master mailing list.

Re: Loan # Ending In: W416

                                         Respectfully submitted,

                                         **/s/ James C. Warmbrodt, Esquire**
                                         James C. Warmbrodt, Esquire
                                         jwarmbrodt@kmllawgroup.com
                                         Attorney I.D. No. 42524
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106
                                         Phone: 215-627-1322
                                         Fax: 215-627-7734
                                         Attorney for Movant/Applicant