Form 150

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 16-23200-CMB

Chapter: 13
Docket No.: 39 – 35
Conciliation Conference Date: 3/9/17 at 09:00 AM

**Tammy L. Koval**
   Debtor(s)

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the **11th** day of **January**, **2017**, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

U.S. Mail, first class, postage pre-paid

~~Ronda Win~~

Ronda Winecour
cmecf@chapter13trusteewdpa.com

on the respondent(s) at (list names and addresses here):

(See attached mailing matrix)

Executed on **1/11/2017**       *Rodney D. Shepherd*
    (Date)                                   (Signature)

Rodney D. Shepherd, 2403 Sidney St. #208 Pittsburgh, PA 15203
(Type Name and Mailing Address of Person Who Made Service)

Label Matrix for local noticing
0315-2
Case 16-23200-CMB
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Wed Jan 11 07:03:06 EST 2017

Peoples Natural Gas Company LLC
Attention: Barbara Rodgers
375 North Shore Drive
Pittsburgh, PA 15212-5866

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

Allegheny County
John Weistein
Allegheny County Treasurer
P.O. Box 643385
Pittsburgh, PA 15264-3385

Allegheny County
c/o Jordan tax Service
P.O. Box 200
Bethel Park, PA 15102-0200

Allegheny General Hospital
c/o State Collection Service
P.O. Box 6250
Madison, WI 53716-0250

Allegheny Health Network
P.O. Box 645266
Pittsburgh, PA 15264-5250

Allegheny Health Network
c/o State Collection Service
P.O. Box 6250
Madison, WI 53716-0250

Ally Financial
4000 Lexinton Avenue N
Suite 100
Shoreview, MN 55126-3196

Ally Financial
PO Box 130424
Roseville MN 55113-0004

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One/Kohl's Department Store
c/o Merchants & Medical Credit Corp.
6324 Taylor Drive
Flint, MI 48507-4685

Citizens Bank
10561 Telegraph Road
Glen Allen, VA 23059-4577

Citizens Bank
P.O. Box 42113
Providence, RI 02940-2113

Citizens Bank
c/o Schlee & Stillman
50 Tower Office Park
Woburn, MA 01801-2113

Citizens Bank N.A.
1 Citizens Drive Mailstop ROP15B
Riverside, RI 02915-3019

County of Allegheny
c/o Goehring Rutter & Boehm
   437 Grant Street, 14th Floor
   Pittsburgh, PA 15219-6101

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Bank
c/o William T. Molczan, Esquire
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219-1842

Duquesne Light Company
Payment Processing Center
P.O. Box 67
Pittsburgh, PA 15267-0001

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower,
Pittsburgh, PA 15219-1945

Fifth Third Bank
c/o Ryan E. Calef & Associates
1276 Veterans Highway
Suite E-1
Bristol, PA 19007-2597

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Credit Management
P.O. Box 60578
Los Angeles, CA 90060-0578

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Peoples
P.O. Box 644760
Pittsburgh, PA 15264-4760

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Receivables Performance Management
P.O. Box 1548
Lynnwood, WA 98046-1548

Republic Services
P.O. Box 9001099
Louisville, KY 40290-1099

| | | |
|---|---|---|
| Reserve Twp.<br>c/o John V. Alioto, Tax Collector<br>33 Lonsdale Street<br>Pittsburgh, PA 15212-1396 | Shaler Area S.D. and Reserve Twp.<br>c/o PA Municipal Service Co.<br>336 Delaware Avenue<br>Department L<br>Oakmont, PA 15139-2138 | Shaler Area S.D.-Reserve Twp.<br>c/o John V. Alioto, Tax Collector<br>33 Lonsdale Street<br>Pittsburgh, PA 15212-1360 |
| Synchrony Bank<br>c/o Monarch Recovery Management<br>P.O. Box 21089<br>Philadelphia, PA 19114-0589 | Thomas M. Toth, D.M.D.<br>100 McKnight Park Drive<br>Suite 102<br>Pittsburgh, PA 15237-6519 | Township of Reserve<br>c/o Goehring Rutter & Boehm<br>437 Grant Street, 14th Floor<br>Pittsburgh, PA 15219-6101 |
| Township of Reserve<br>c/o Jordan Tax Service<br>102 Rahway Road<br>McMurray, PA 15317-3349 | Toyota Financial Services<br>P.O. Box 4102<br>Carol Stream, IL 60197-4102 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Rodney D. Shepherd<br>River Park Commons<br>2403 Sidney Street, Suite 208<br>Pittsburgh, PA 15203-2152 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | Tammy L. Koval<br>18 Villa Court<br>Pittsburgh, PA 15214-1439 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Discover Bank<br>6500 New Albany Road<br>New Albany, OH 43054 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Allegheny County | (u)Duquesne Light Company | (u)Township of Reserve |
| (u)Toyota Lease Trust | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients    4<br>Total                  45 | |