PROCEEDING MEMO

Date: January 17, 2017                                              10:00 AM

In re: Tammy L. Koval                          Bankruptcy No. 16-23300 CMB

                                               Chapter 13

                                               Doc. 31

Appearances:

Movant(s):        James Warmbrodt, Esq. for Toyota

Respondent(s):    Rodney Shepherd, Esq. for Debtor


Nature of Proceeding:    Motion for Relief from Stay (31)

Additional Pleadings:    Notice of Hearing and Certificate of Service (32)
                         Debtor's Response (38)

Judge's Notes:

Outcome:

_____Motion is GRANTED  _____Order entered        Motion by Toyota withdrawn.

_____Motion is DENIED  _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____ Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____days
                             Respondent(s) brief due _____days
                             Trustee's brief due _____days

                                               Carlota M. Bohm
                                               U.S. Bankruptcy Judge

**FILED**

JAN 17, 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA