# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | TAMMY L. KOVAL |
| **Case Number:** | 16-23200-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 09, 2017 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/10/17 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#35 Amended Plan Dated 1/5/2017 (NFC)
R / M #:  35 / 0

### *Appearances:*

Debtor: Shephard
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Debtor wants to review Shaler SD Claim #13 for possible objection.*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5/18/17 at 9:30 am.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

3/1/2017    3:58:12PM