# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| TAMMY L. KOVAL, | ) | Case No. 16-23200 CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| TAMMY L. KOVAL, | ) | |
| | ) | Docket No. 45 |
| Movant, | ) | Related to Docket No. 44 |
| | ) | |
| vs. | ) | Hearing Date & Time: 6/7/2017 at 10:00 a.m. |
| | ) | |
| SHALER AREA SCHOOL DISTRICT WITHIN RESERVE TOWNSHIP C/O PA MUNICIPAL SERVICE CO., | ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

## HEARING NOTICE ON
## Objection to Proof of Claim

TO THE RESPONDENT(s):

You are notified that the above Movant seeks an order affecting your rights or property.

You are further notified to serve with the clerk and serve upon the undersigned attorney for Movant a response to the motion no later than on or before May 15, 2017, i.e., thirty-three (33) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion will be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on June 7, 2017 at 10:00 a.m. before Judge Bohm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service:   April 12, 2017; service by electronic filing and U.S. Mail, first class, postage pre-paid

        By:   /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for Movant/Applicant
PA I.D. No. 56914
rodsheph@cs.com

2403 Sidney Street
Suite 208
Pittsburgh, PA  15203
(412) 471-9670