UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| TAMMY L. KOVAL, | Case No. 16-23200-CMB |
| Debtor. | Doc. No. _____ |
| TAMMY L. KOVAL, | Related to Doc. No. 44, 45 & 46<br>Related to Claim No. 13 |
| Movant, | Hearing Date and Time:<br>June 7, 2017 at 10:00 a.m. |
| v. | |
| SHALER AREA SCHOOL DISTRICT WITHIN RESERVE TOWNSHIP C/O PA MUNICIPAL SERVICE CO., | |
| Respondent. | |

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of May, 2017, upon the amicable agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED Proof of Claim No. 13 is deemed an allowed secured claim in the amount of $16,007.05.  Interest will accrue on the Face Tax Amount of $11,391.58, and no interest will accrue on the penalties, accrued interest, fees, etc., totaling $4,615.47.

Further, it is ORDERED that the Objection to Proof of Claim No. 13 shall be withdrawn.

Consented to:                                                             BY THE COURT:

*/s/ Rodney D. Shepherd*
Attorney for the Debtor

*/s/ Jeremiah J. Vandermark*                                   CARLOTA M. BÖHM, JUDGE
Attorney for Shaler Area School                               UNITED STATES BANKRUPTCY COURT
District within Reserve  Township