# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** TAMMY L. KOVAL
**Case Number:** 16-23200-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 18, 2017 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
5/23/17 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#35 - Continued Confirmation of Plan Dated 1/5/2017 (NFC)
R / M #: 35 / 0

### Appearances:

Debtor: Shephard
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

### Proceedings:

Recent stipulation filed by D + Shakrs SD (w/o Trustee)

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 7-27-17 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017  8:15:27AM