**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: TAMMY L. KOVAL,              ) 16-23200 CMB
                                    )
              Debtor.               ) Chapter 13
                                    )
                                    ) Motion No.: WO-2
        TAMMY L. KOVAL,             )
                                    ) Filed Under Local Bank.
              Movant,               ) Rule 9013.4 Para. 6c
                                    )
              vs.                   ) Doc. 52
                                    ) Related to Doc. 50,51 53
        GENESIS MEDICAL            )
        ASSOCIATES, LLC.,           )
SSN (1) xxx-xx-6580                 )
SSN (2) xxx-xx-xxxx                 )
```

_____

_____

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) non-filing spouse or Trustee having moved to attach wages to fund the Chapter 13 plan,

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:

GENESIS MEDICAL ASSOCIATES, LLC.
8150 Perry Highway, Suite 300
Pittsburgh, PA 15237

shall deduct from said income the sum of **$981.23 Bi-Weekly** beginning on the next pay day following receipt of this order and deduct a similar each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
POB 84051
CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall NOTIFY THE Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

DATED this ____8th____ day of ____September, 2017____, _____.

_____

Carlota M. Bohm
United States Bankruptcy Judge

cc: Debtor(s)
    Attorney for Debtor(s)
    Office of the Standing Chapter 13 Trustee
    Employer

FILED
9/8/17 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-23200-CMB
Tammy L. Koval                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1          Date Rcvd: Sep 08, 2017
                             Form ID: pdf900          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2017.
db              Tammy L. Koval,   18 Villa Court,   Pittsburgh, PA  15214-1439
               +Genesis Medical Associates, LLC,   Atten: Payroll,   8150 Perry Highway, Suite 300,
                Pittsburgh, PA 15237-5232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
        Jeffrey R. Hunt   on behalf of Creditor   Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
        Jeffrey R. Hunt   on behalf of Creditor   Township of Reserve jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jeremiah Vandermark   on behalf of Creditor   Pennsylvania Municipal Services
         jvandermark@tuckerlaw.com,
         sanantonio.bankruptcy@publicans.com;sanantonio.bankruptcy@publicans.com;dallas.bankruptcy@publica
         ns.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Rodney D. Shepherd   on behalf of Debtor Tammy L. Koval rodsheph@cs.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                        TOTAL: 9