## PROCEEDING MEMO

Date: 10/11/2019 11:00 am

In re: Tammy L. Koval

Bankruptcy No. 16-23200-CMB
Chapter: 13
Doc. # 56

Appearances:

Movant(s): James Warmbrodt, Esq. for Movant

Respondents: Rodney D. Shepherd, Esq. for Debtor/Respondent

Winnecour / Pail / Katz / DeSimone ✓

Creditor(s):

Nature of Proceeding: # 56 Motion for Relief from Stay re : 2016 TOYOTA COROLLA

Additional Pleadings: #57 Notice of Hearing
CNO not filed

Judge's Notes:
- No One Present
- Motion granted
- Order entered

FILED
10/11/19 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge