## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| TAMMY L. KOVAL, | ) | Case No. 16-23200 CMB |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| TAMMY L. KOVAL, | ) | |
| | ) | Docket No. 63 |
| | ) | |
| Movant, | ) | Related to Docket No. 62 |
| | ) | |
| vs. | ) | Hearing Date & Time: 6/24/2020 at 10:00 a.m. |
| | ) | |
| TOYOTA LEASE TRUST, | ) | |
| | ) | |
| Respondent. | ) | |

## HEARING NOTICE WITH DEADLINES ON
## OBJECTION TO PROOF OF CLAIM

TO THE RESPONDENT(s):

You are notified that the above Movant seekS an order affecting your rights or property.

You are further notified to serve with the clerk and serve upon the undersigned attorney for Movant a response to the motion no later than on or before June 1, 2020, i.e., thirty-three (33) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A telephonic hearing will be held on June 24, 2020 at 10:00 a.m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at 24 hours in advance.

Date of service:   April 29, 2020; service by electronic filing and U.S. Mail, first class, postage pre-paid

| | |
|---|---|
| Toyota Lease Trust<br>c/o Becket and Lee, LLP<br>Attn: Gregory P. Deegan<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | By:   /s/ Rodney D. Shepherd<br><br>Rodney D. Shepherd, Esquire<br>Attorney for Movant/Applicant<br>PA I.D. No. 56914<br>rodsheph@cs.com<br><br>2403 Sidney Street<br>Suite 208 |
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | Pittsburgh, PA  15203<br>(412) 471-9670 |