## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TAMMY L. KOVAL, | ) Bankr. No. 16-23200 CMB |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| TAMMY L. KOVAL, | ) Docket No. 65 |
| Movant, | ) Related to Docket No. 63,64,  Claim No. 10-1 |
| | )                                    Claim No. 10-2 |
| vs. | ) Hearing Date & Time: 6/24/2020 at 10:00 a.m. |
| | ) |
| | ) |
| | ) |
| TOYOTA LEASE TRUST, | ) |
| | ) |
| Respondent. | ) |

## AMENDED
## CERTIFICATE OF SERVICE

I, Rodney D. Shepherd, Esquire hereby certifies that a true and correct copy of the Amended Objection to Proof of Claim, Exhibit, Proposed Order, Certificate of Service and Hearing Notice were served on 4/29/2020 by electronic filing and U.S. Mail, first class, postage pre-paid, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf @chapter13trusteewdpa.com

Toyota Lease Trust  
Becket and Lee, LLP  
Attn: Gregory P. Deegan  
P.O. Box 3001  
Malvern, PA 19355-0701

Toyota Lease Trust  
Attn: James Warmbrodt, Esquire  
bkgroup@kmllagroup.com

By: /s/ Rodney D. Shepherd  
Rodney D. Shepherd, Esquire  
Attorney for the Debtor  
PA I.D. No. 56914  
rodsheph@cs.com  
2403 Sidney Street, Suite 208  
Pittsburgh, PA 15203  
(412) 471-9670

Executed on: 4/30/2020