**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 16-23200 CMB |
|    TAMMY L. KOVAL, | ) |
| | ) Chapter 13 |
| | ) |
|    Debtor. | ) |
| | ) |
| TAMMY L. KOVAL, | ) Docket No. 66 |
| | ) Related to Docket No. 62, 63, 64, 65 |
| | ) |
|    Movant, | ) Hearing Date & Time: 6/24/2020 at 10:00 a.m. |
| | ) |
|    vs. | ) |
| | ) |
| TOYOTA LEASE TRUST, | ) |
| | ) |
|    Respondent. | ) |

**PRAECIPE TO WITHDRAW**

TO THE BANKRUPTCY CLERK:

                Kindly withdraw the Amended Objection to Claim filed at Docket No. 64.

              By: /s/ Rodney D. Shepherd
                   Rodney D. Shepherd, Esquire
                   Attorney for the Debtor
                   PA I.D. No. 56914
                   rodsheph@cs.com

                   2403 Sidney Street
                   Suite 208
                   Pittsburgh, PA 15203
                   (412) 471-9670

## Certificate of Service

      I, Rodney D. Shepherd, attorney for Tammy L. Koval served a copy of the Debtor's Praecipe to Withdraw the Amended Objection to Claim on the 22nd day of June, 2020 by electronic filing upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire | KML Law Group |
| Chapter 13 Trustee | bkgroup@kmllawgroup.com |
| cmecf@chapter13trusteewdpa.com | |

                                        /s/ Rodney D. Shepherd
                                        By: Rodney D. Shepherd, Esquire
                                              Attorney for the Debtor
                                              PA I.D. No. 56914
                                              rodsheph@cs.com
                                              2403 Sidney Street
                                              Suite 208
                                              Pittsburgh, PA 15203
                                              (412) 471-9670