```
              UNITED STATES BANKRUPTCY COURT
              WESTERN DISTRICT OF PENNSYLVANIA
IN RE: TAMMY L. KOVAL,    ) 16-23200 CMB
                          )
                          )
       Debtor.            ) Chapter 13
                          )
       TAMMY L. KOVAL,    ) Docket No. 69
                          ) Rel. To Docket No. 53/54
         Movant,          )
                          )
         vs.              )
       GENESIS MEDICAL    ) Hearing Date & Time:
       ASSOCIATES,        )
         Respondent.      )
       SSN (1) xxx-xx-6580
       SSN (2) xxx-xx-xxxx
```

                              ORDER OF COURT

AND NOW, this ___9th___ day of ___September___, 2020, upon consideration of the attached Motion to Terminate Wage Attachment, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Tammy L. Koval's wages through Genesis Medical Associates, LLC., 8150 Perry Highway, Suite 300, Pittsburgh, PA 15237 shall be terminated.

                                        By the Court:

                                        _____ dmk
                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

FILED
9/9/20 11:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 16-23200-CMB
Tammy L. Koval                                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dsaw              Page 1 of 1              Date Rcvd: Sep 09, 2020
                          Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2020.
db             Tammy L. Koval,    18 Villa Court,    Pittsburgh, PA  15214-1439
              +Genesis Medical Associates LLC,    atten: Payroll,    8150 Perry Highway, Suite 300,
                Pittsburgh, PA 15237-5232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2020 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Allegheny County jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of Reserve jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeremiah Vandermark     on behalf of Creditor    Pennsylvania Municipal Services
               jeremiah.vandermark@saul.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Rodney D. Shepherd     on behalf of Debtor Tammy L. Koval rodsheph@cs.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9