**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TAMMY L. KOVAL

Case No. 16-23200CMB

        Debtor(s)
RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

        Movant
vs.
SHALER AREA SD (RESERVE)(RE)

Document No __

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

SHALER AREA SD (RESERVE)(RE)
C/O PA MUNIC SVC-DELQ CLLCTR
336 DELAWARE AVE DEPT L
OAKMONT, PA 15139

Court claim# 13/Trustee CID# 35

The Movant further certifies that on 09/23/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| TAMMY L. KOVAL, 18 VILLA COURT, PITTSBURGH, PA  15214-1439 | RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA 15057 |

ORIGINAL CREDITOR:
SHALER AREA SD (RESERVE)(RE),
C/O PA MUNIC SVC-DELQ CLLCTR,
336 DELAWARE AVE DEPT L,
OAKMONT, PA  15139

NEW CREDITOR: