**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
TAMMY L. KOVAL

Case No. 16-23200CMB

Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

Chapter 13

Movant
vs.

Document No __

CITIZENS BANK NA(*)

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CITIZENS BANK NA(*)
1 CITIZENS DR
MS ROP15B
RIVERSIDE, RI 02915

Court claim# 4/Trustee CID# 6

The Movant further certifies that on 10/20/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>TAMMY L. KOVAL, 18 VILLA COURT, PITTSBURGH, PA  15214-1439 | DEBTOR'S COUNSEL:<br>RODNEY D SHEPHERD ESQ, 2030 STILLWATER LANE, MCDONALD, PA 15057 |
|---|---|
| ORIGINAL CREDITOR:<br>CITIZENS BANK NA(*), 1 CITIZENS DR, MS ROP15B, RIVERSIDE, RI 02915<br><br>NEW CREDITOR: | |