# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

06/14/2021

IN RE:

TAMMY L. KOVAL                                    Case No.16-23200 CMB
18 VILLA COURT
PITTSBURGH, PA 15214-1439                          Chapter 13
XXX-XX-6580          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**BERNSTEIN-BURKLEY PC**
2200 GULF TOWER
707 GRANT ST

PITTSBURGH, PA  15219

Trustee Claim Number:1   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  DUQ LITE/PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**PEOPLES NATURAL GAS CO LLC***
ATTN BANKRUPTCY DEPARTMENT
375 NORTH SHORE DR

PITTSBURGH, PA  15212

Trustee Claim Number:2   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  /PRAE

CRED DESC:  NOTICE ONLY
ACCOUNT NO.:

---

**COUNTY OF ALLEGHENY (R/E TAX)***
%JORDAN TAX SVC-CUR/DLNQ CLCTR
POB 200

BETHEL PARK, PA  15102

Trustee Claim Number:3   INT %: 12.00%
Court Claim Number:6

CLAIM:  1,780.86
COMMENT:  163-M-34;14-16*$CL-PL@12%*W/32

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  3M34

---

**ALLY FINANCIAL(*)**
ATTN TRUSTEE PAYMENT CENTER
PO BOX 78367

PHOENIX, AZ  85062-8367

Trustee Claim Number:4   INT %: 4.00%
Court Claim Number:2

CLAIM:  5,545.43
COMMENT:  $CL-PL@4%MDF/PL*DKT

CRED DESC:  VEHICLE
ACCOUNT NO.:  0341

---

**CITIZENS BANK NA(*)**
1 CITIZENS DR
MS ROP15B

RIVERSIDE, RI  02915

Trustee Claim Number:5   INT %: 0.00%
Court Claim Number:3

CLAIM:  0.00
COMMENT:  PMT/PL-CL*596.33 X (60+2)=LMT*2ND/CL*BGN 9/16

CRED DESC:  MORTGAGE REGULAR PAYME
ACCOUNT NO.:  2121

---

**CITIZENS BANK NA(*)**
1 CITIZENS DR
MS ROP15B

RIVERSIDE, RI  02915

Trustee Claim Number:6   INT %: 6.99%
Court Claim Number:4

CLAIM:  10,792.22
COMMENT:  NO FURTHER PMTS/CONF*$$11,354.03 CL-PL@%MDF/PL*1ST/SCH*$/RTND*NO ST

CRED DESC:  MORTGAGE PAID IN FULL
ACCOUNT NO.:  4735

---

**RESERVE TOWNSHIP (RE)**
C/O JORDAN TAX SVC-DELQ CLLCTR
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:7   INT %: 10.00%
Court Claim Number:7

CLAIM:  1,282.90
COMMENT:  163-M-34;14-15*$CL-PL@10%*W/33

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  3M34

---

**SHALER AREA SD (RESERVE)(RE)**
C/O PA MUNIC SVC-DELQ CLLCTR
336 DELAWARE AVE DEPT L

OAKMONT, PA  15139

Trustee Claim Number:8   INT %: 10.00%
Court Claim Number:13

CLAIM:  11,391.58
COMMENT:  0163M00034;11,13,14,15*$@10%/OE-PL*16007.05TTL/CL*DK*LATE

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  0034

---

**SHALER AREA SD (RESERVE)(RE)**
C/O PA MUNIC SVC-DELQ CLLCTR
336 DELAWARE AVE DEPT L

OAKMONT, PA  15139

Trustee Claim Number:9   INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  16~@CUR YR CLTR/SCH*SEE CID 8

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  3M34

---

**RESERVE TOWNSHIP (RE)**
C/O JORDAN TAX SVC-DELQ CLLCTR
102 RAHWAY RD

MCMURRAY, PA  15317

Trustee Claim Number:10  INT %: 0.00%
Court Claim Number:

CLAIM:  0.00
COMMENT:  14/SCH*SEE CID 7

CRED DESC:  SECURED CREDITOR
ACCOUNT NO.:  3M34

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RESERVE TOWNSHIP (RE)** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number: | ACCOUNT NO.: 3M34 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA 15317 | COMMENT: 15/SCH*SEE CID 7 | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 2015 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: AGH/SCH | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.: 0230 |
| PO BOX 6250 | | |
| | CLAIM: 0.00 | |
| MADISON, WI 53701 | COMMENT: ALLEGHENY HEALTH NETWORK/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE NA\*\*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:8 | ACCOUNT NO.: 9229 |
| PO BOX 3001 | | |
| | CLAIM: 3,508.85 | |
| MALVERN, PA 19355-0701 | COMMENT: 3196/SCH*KOHL'S | |

| | | |
|---|---|---|
| **CITIZENS BANK(\*)** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.: 7566 |
| | CLAIM: 0.00 | |
| RIVERSIDE, RI 02915 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:1 | ACCOUNT NO.: 4480 |
| PO BOX 3025 | | |
| | CLAIM: 18,272.39 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number:12 | ACCOUNT NO.: 6580 |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM: 336.79 | |
| PITTSBURGH, PA 15219 | COMMENT: 0000/SCH*TIMELY | |

| | | |
|---|---|---|
| **FIFTH THIRD BANK** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 637640 | Court Claim Number: | ACCOUNT NO.: 8899 |
| | CLAIM: 0.00 | |
| CINCINNATI, OH 45263-7640 | COMMENT: | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 3350 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **REPUBLIC SERVICES** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 73 W NOBLESTOWN RD | Court Claim Number: | ACCOUNT NO.: 5839 |
| | CLAIM: 0.00 | |
| CARNEGIE, PA 15106 | COMMENT: NT ADR~GARBAGE/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGENT | Court Claim Number:9 | ACCOUNT NO.: 6947 |
| PO BOX 2011 | | |
| | CLAIM: 6,328.18 | |
| WARREN, MI 48090 | COMMENT: MONARCH/SCH*SYNCHRONY/SAM'S CLUB | |

| | | |
|---|---|---|
| **THOMAS TOTH DMD** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 100 MCKNIGHT PARK DR STE 102 | Court Claim Number: | ACCOUNT NO.: KO |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15237 | COMMENT: | |

| | | |
|---|---|---|
| **TOYOTA LEASE TRUST** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:10 | ACCOUNT NO.: W416 |
| PO BOX 3001 | | |
| | CLAIM: 12,897.50 | |
| MALVERN, PA 19355-0701 | COMMENT: RS/OE*368.50x35MOS/CL-PL*NO$/SCH G*DK*AMD DFCNY 10-3~W/36 | |

| | | |
|---|---|---|
| **ALLEGHENY HEALTH NETWORK++** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 18119 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15236-0119 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **WILLIAM T MOLCZAN ESQ** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| WELTMAN WEINBERG & REIS CO LPA | Court Claim Number: | ACCOUNT NO.: 4480 |
| 2500 KOPPERS BLDG | | |
| 436 SEVENTH AVE | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-1842 | COMMENT: DISCOVER/SCH | |

| | | |
|---|---|---|
| **MCM** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| POB 939019 | Court Claim Number: | ACCOUNT NO.: 6947 |
| | CLAIM: 0.00 | |
| SAN DIEGO, CA 92193-9019 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **RPM** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 1548 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| LYNNWOOD, WA 98046 | COMMENT: | |

| | | |
|---|---|---|
| **VERIZON WIRELESS** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 500 TECHNOLOGY DR STE 550 | Court Claim Number: | ACCOUNT NO.: |
| ATTN ADMINISTRATION | | |
| | CLAIM: 0.00 | |
| WELDON SPRING, MO 63304 | COMMENT: NO ADR/SCH G | |

| | | |
|---|---|---|
| **CITIZENS BANK NA(*)** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| 1 CITIZENS DR | Court Claim Number:3 | ACCOUNT NO.: 2121 |
| MS ROP15B | | |
| | CLAIM: 1,908.99 | |
| RIVERSIDE, RI 02915 | COMMENT: $/PL-CL*2ND/CL*THRU 8/16 | |

| | | |
|---|---|---|
| **CITIZENS BANK(*)** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number:5 | ACCOUNT NO.: 0299 |
| | CLAIM: 5,685.13 | |
| RIVERSIDE, RI 02915 | COMMENT: CL: 5685.13 FILED ON WRONG CASE*NEED W/D! | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIZENS BANK(*)** | Trustee Claim Number:31 INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| 1 CITIZENS DRIVE | Court Claim Number:04 | ACCOUNT NO.:  4735 |
| | | |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  PIF@CID 6 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:32 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:6 | ACCOUNT NO.:  3M34 |
| POB 200 | | |
| | CLAIM:  331.60 | |
| BETHEL PARK, PA  15102 | COMMENT:  163-M-34;14-16*$CL-PL*NON-INT*W/3 | |

| | | |
|---|---|---|
| **RESERVE TOWNSHIP (RE)** | Trustee Claim Number:33 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:7 | ACCOUNT NO.:  3M34 |
| 102 RAHWAY RD | | |
| | CLAIM:  494.52 | |
| MCMURRAY, PA  15317 | COMMENT:  163-M-34;14-15*$CL-PL*NON-INT*W/7 | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:34 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.:  1703 |
| | | |
| | CLAIM:  190.79 | |
| NORFOLK, VA  23541 | COMMENT:  NT/SCH*CITIBANK/BEST BUY*TIMELY | |

| | | |
|---|---|---|
| **SHALER AREA SD (RESERVE)(RE)** | Trustee Claim Number:35 INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| C/O PA MUNIC SVC-DELQ CLLCTR | Court Claim Number:13 | ACCOUNT NO.:  0034 |
| 336 DELAWARE AVE DEPT L | | |
| | CLAIM:  4,615.47 | |
| OAKMONT, PA  15139 | COMMENT:  0163M00034;11,13,14,15*NON INT~$/OE-PL*16007.05TTL/CL*LATE | |

| | | |
|---|---|---|
| **TOYOTA LEASE TRUST** | Trustee Claim Number:36 INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:10-3 | ACCOUNT NO.:  2416 |
| PO BOX 3001 | | |
| | CLAIM:  753.50 | |
| MALVERN, PA  19355-0701 | COMMENT:  $/CL-CONF*LEASE DFNCY BAL*AMD*W/23 | |