United States Bankruptcy Court for the  Western District of Pennsylvania

## WITHDRAWAL OF Document

| Debtor Name and Case Number: | TAMMY L. KOVAL 16-23200 |
|---|---|
| Creditor Name and Address: | CITIZENS BANK N.A.<br>ONE CITIZENS WAY<br>JCA115<br>JOHNSTON RHODE ISLAND 02919 |
| Docket Number : | CLAIM#5 |
| Date Filed: | 9/22/2016 |
|  | $5685.13 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor.  I hereby withdraw the above-referenced document and authorize the Clerk of this Court, or their duly appointed Agent, to reflect this withdrawal on the official document entry for the above-referenced Debtor.

Dated: 8/17/2021

Print Name: Lisa M.Cagno  /s/:Lisa M. Cagno

Title (if applicable): Bankruptcy Specialist

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF DOCUMENT

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed document.

*Information identifying the Document that is to be withdrawn:*
Complete the section giving the court docket number, date document was filed to help identify the document that is to be withdrawn.

**Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of document (attach copy of power of attorney, if any).**

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**