IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Tammy L. Koval ) | Case No.:  16-23200 CMB |
|     Debtor ) | Chapter 13 |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Doc. No. 91 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Tammy L. Koval ) | |
|     Respondent(s) ) | |

<u>TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM NO. 5</u>

The Objection to Claim No. 5 that was filed in the above-referenced case on August 16, 2021 (document #91) is hereby WITHDRAWN.  The hearing scheduled for September 14, 2021 is hereby CANCELLED.

Respectfully submitted,

<u>8/19/2021</u>                                     <u>/s/ Ronda J. Winnecour</u>
Date                                          Ronda J. Winnecour (PA I.D. #30399)
                                             Attorney and Chapter 13 Trustee
                                             U.S. Steel Tower – Suite 3250
                                             600 Grant Street
                                             Pittsburgh, PA  15219
                                             (412) 471-5566
                                             cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Tammy L. Koval ) | Case No.: 16-23200 CMB |
|     Debtor ) | Chapter 13 |
| _____ ) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Doc. No. 91 |
| Trustee, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|     Vs. ) | |
| Tammy L. Koval ) | |
|     Respondent(s) ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Tammy L. Koval
18 Villa Court
Pittsburgh, PA 15214

Rodney D. Shepherd, Esquire
2030 Stillwater Lane
McDonald, PA 15057

Citizens Bank N.A.
Attn: Amanda Davis
1 Citizens Drive Mailstop ROP 15B
Riverside, RI 02915

Bruce Van Saun, CEO
Citizens Bank, N.A.
1 Citizens Plaza
Providence, RI 02903

| | |
|---|---|
| <u>8/19/2021</u><br>Date | <u>/s/ Renee Ward___</u><br>Administrative Assistant<br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |