IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Tammy L. Koval<br><br>      Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>      Movant(s)<br>    vs.<br>Tammy L. Koval<br><br>      Respondent(s) | Case No. 16-23200-CMB<br>Chapter 13<br><br>Doc #_____ |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL
[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **September 14, 2021, at 1:30 p.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf**. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **September 7, 2021.**

| | |
|---|---|
| 8/18/2021<br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Tammy L. Koval  
    Debtor

Case No. 16-23200-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 3  
Date Rcvd: Aug 18, 2021     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tammy L. Koval, 18 Villa Court, Pittsburgh, PA 15214-1439 |
| cr | + | Pennsylvania Municipal Services, 336 Delaware Avenue, Oakmont, PA 15139-2138 |
| cr | + | Peoples Natural Gas Company LLC, Attention: Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14281728 | | Allegheny County, John Weistein, Allegheny County Treasurer, P.O. Box 643385, Pittsburgh, PA 15264-3385 |
| 14281727 | | Allegheny County, c/o Jordan tax Service, P.O. Box 200, Bethel Park, PA 15102-0200 |
| 14281731 | + | Allegheny Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14320068 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14281734 | + | Citizens Bank, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14281736 | + | Citizens Bank, c/o Schlee & Stillman, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14305113 | + | County of Allegheny, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14281738 | + | Discover Bank, c/o William T. Molczan, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14281740 | + | Fifth Third Bank, c/o Ryan E. Calef & Associates, 1276 Veterans Highway, Suite E-1, Bristol, PA 19007-2597 |
| 14281742 | | Peoples, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14281744 | | Republic Services, P.O. Box 9001099, Louisville, KY 40290-1099 |
| 14281745 | + | Reserve Twp., c/o John V. Alioto, Tax Collector, 33 Lonsdale Street, Pittsburgh, PA 15212-1396 |
| 14281746 | + | Shaler Area S.D. w/in Reserve Twp., c/o PA Municipal Service Co., 336 Delaware Avenue Dept. L, Oakmont, PA 15139-2138 |
| 14281747 | + | Shaler Area S.D.-Reserve Twp., c/o John V. Alioto, Tax Collector, 33 Lonsdale Street, Pittsburgh, PA 15212-1360 |
| 14281748 | | Synchrony Bank, c/o Monarch Recovery Management, P.O. Box 21089, Philadelphia, PA 19114-0589 |
| 14281749 | + | Thomas M. Toth, D.M.D., 100 McKnight Park Drive, Suite 102, Pittsburgh, PA 15237-6519 |
| 14281750 | | Township of Reserve, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14305114 | + | Township of Reserve, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14281751 | | Toyota Financial Services, P.O. Box 4102, Carol Stream, IL 60197-4102 |
| 14330339 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15194536 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 18 2021 23:14:57 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2021 23:06:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14281729 | | Email/Text: amieg@stcol.com | Aug 18 2021 23:06:00 | Allegheny General Hospital, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14281730 | | Email/Text: amieg@stcol.com | Aug 18 2021 23:06:00 | Allegheny Health Network, c/o State Collection Service, P.O. Box 6250, Madison, WI 53716-0250 |
| 14288664 | | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2021 23:06:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14281732 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 18 2021 23:06:00 | Ally Financial, 4000 Lexinton Avenue N, Suite 100, Shoreview, MN 55126-3196 |
| 14281735 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 18 2021 23:06:00 | Citizens Bank, P.O. Box 42113, Providence, RI |

Case 16-23200-CMB   Doc 98   Filed 08/20/21   Entered 08/21/21 00:28:23   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 02940-2113 |
| 14292839 | | Email/Text: Bankruptcy.RI@Citizensbank.com  Aug 18 2021 23:06:00 | | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14281733 | | Email/Text: PBNCNotifications@peritusservices.com  Aug 18 2021 23:06:00 | | Capital One/Kohl's Department Store, c/o Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 14281737 | | Email/Text: mrdiscen@discover.com  Aug 18 2021 23:06:00 | | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14285234 | | Email/Text: mrdiscen@discover.com  Aug 18 2021 23:06:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14281739 | | Email/Text: kburkley@bernsteinlaw.com  Aug 18 2021 23:06:00 | | Duquesne Light Company, Payment Processing Center, P.O. Box 67, Pittsburgh, PA 15267-0001 |
| 14344563 | + | Email/Text: kburkley@bernsteinlaw.com  Aug 18 2021 23:06:00 | | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14322519 | + | Email/Text: bankruptcydpt@mcmcg.com  Aug 18 2021 23:06:00 | | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14281741 | | Email/Text: bankruptcydpt@mcmcg.com  Aug 18 2021 23:06:00 | | Midland Credit Management, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14344277 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Aug 18 2021 23:15:01 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14281743 | | Email/Text: Supportservices@receivablesperformance.com  Aug 18 2021 23:06:00 | | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Allegheny County |
| cr | | Duquesne Light Company |
| cr | | Township of Reserve |
| cr | | Toyota Lease Trust |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:

District/off: 0315-2 User: dsaw Page 3 of 3
Date Rcvd: Aug 18, 2021 Form ID: pdf900 Total Noticed: 41

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com cnoroski@grblaw.com |
| Jeremiah Vandermark | on behalf of Creditor Pennsylvania Municipal Services jeremiah.vandermark@saul.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Rodney D. Shepherd | on behalf of Debtor Tammy L. Koval rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9