**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: TAMMY L. KOVAL, | ) Bankr. No. 16-23200 CMB |
| | ) |
| Debtor. | ) |
| | ) Chapter 13 |
| TAMMY L. KOVAL, | ) |
| | ) Docket No. 101 |
| Movant, | ) Related to Docket No. 99 |
| | ) |
| vs. | ) Hearing Date & Time: |
| | ) |
| NO RESPONDENTS. | ) |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

(1) The Debtor has made all payments required by the Chapter 13 Plan.

(2) The Debtor is not required to pay any Domestic Support Obligations.

(3) The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(2) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

(4) On 8/30/2021, at docket Number 99, Debtor complied with the Federal Rule of Bankruptcy Procedure 1007© by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

(5) This Certification is being signed under penalty of perjury by: Undersigned Counsel duly questioned Movant about the statements in this Certification and verified the answers in support of this Certification.

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
Dated: 9/10/2021    2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
rodsheph@cs.com
(412) 471-9670
PA I.D. No. 56914