**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　TAMMY L. KOVAL<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>TAMMY L. KOVAL<br><br>　　　Respondents | Case No.16-23200CMB<br><br>Chapter 13<br><br>Document No. 103 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___10th___ day of __September__, 20_21_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Community Options Inc
Attn: Payroll
900 Sarah Street
Suite 205
Pittsburgh, PA 15203

is hereby ordered to immediately terminate the attachment of the wages of TAMMY L. KOVAL, social security number XXX-XX-6580. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of TAMMY L. KOVAL.

_Carlota M. Böhm_  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
9/10/21 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23200-CMB |
| Tammy L. Koval | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Tammy L. Koval, 18 Villa Court, Pittsburgh, PA 15214-1439 |
| + | Community Options Inc., Atten: Payroll, 900 Sarah St., Suite 205, Pittsburgh, PA 15203-1106 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Allegheny County jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Reserve jhunt@grblaw.com cnoroski@grblaw.com |
| Jeremiah Vandermark | on behalf of Creditor Pennsylvania Municipal Services jeremiah.vandermark@saul.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf900 | Total Noticed: 2 |

    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Rodney D. Shepherd
    on behalf of Debtor Tammy L. Koval rodsheph@cs.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9