**Fill in this information to identify the case:**

**Debtor 1** TAMMY L. KOVAL

**Debtor 2** _____
(Spouse if filing)

**United States Bankruptcy Court for the**: WESTERN DISTRICT OF PENNSYLVANIA
**Case number** 16-23200-CMB
**WWR #** 040758142

Official Form 4100R
**Response to Notice of Final Cure Payment**                                                              **10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** Citizens Bank, N.A.                                    **Court claim no. (if known)** 3

**Last 4 digits of any number you use to identify the debtor's account:** 2121

**Property address**: 18 Villa Ct
                     Pittsburgh, PA 15214

### Part 2: Prepetition Default Payments

*Check one:*

☒ **Creditor agrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.**

☐ **Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:**     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ **Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

   **The next postpetition payment from the debtor(s) is due on :**       /    /

☒ **Creditor states that the debtor(s) are not current on all post petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.**

   **Creditor asserts that the total amount remaining unpaid as of the date of this response is:**

   a. Total postpetition ongoing payments due:                                                       **(a) $1,192.66**

   b. Total fees, charges, expenses, escrow and costs outstanding:                                   **+ (b) $0.00**

   c. Total. Add lines a and b.

   Creditor asserts that the debtor(s) are contractually
   obligated for the post petition payment(s) that first became
   due on:                                                 09/01/2021                                **(c) $1,192.66**

| Debtor 1 | TAMMY L. KOVAL | Case number (*if known*) 16-23200-CMB |
|---|---|---|

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid

### Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

**Check the appropriate box::**

☐ I am the creditor

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct
To the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| 𝒳 /s/ **Garry Masterson**  Signature | Date **10/18/2021** |
|---|---|
| **Print**     **Garry Masterson** | **Title Attorney for Creditor** |
| **Company**   **Weltman, Weinberg & Reis, Co., L.P. A** | |
| If different from the notice address listed on the proof of claim to which this response applies; | |
| **Address**    **965 Keynote Circle**  **Brooklyn Heights, OH 44131** | |
| **Contact phone**   **(877) 338-9484** | **Email bronationalecf@weltman.com** |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the preceding Response to Notice of Final Cure Payment was served 10/18/2021, by U.S. Mail (or Electronically as provided by local rules) on the parties whose names and address are listed below:

Rodney D Shepherd, Attorney for Debtor
rodsheph@cs.com

Ronda J Winnecour, Trustee
inquiries@chapter13trusteewdpa.com

Tammy L Koval, Debtor
18 Villa Ct
Pittsburgh, PA 15214

Office of the U.S. Trustee, at ustpregion03.pi.ecf@usdoj.gov

/S/ Garry Masterson
Garry Masterson,
Attorney for Creditor
Weltman, Weinberg & Reis Co., LPA
965 Keynote Circle
Brooklyn Heights, OH 44131

```
KOI1           COLLECTOR WORK QUEUE      10/18/21   14:49:16
BOR1 APPLID AM CTL1 01 CTL2 060 CTL3 060 CTL4 0000 ACCT #          2121
TAMMY L KOVAL                            PMTS MADE     220 TOT DUE       1,192.66
18 VILLA CT                              DYS LT         35 LT CHG            0.00
                                         P DUE   09/01/21 PART PAY          0.00
PITTSBURGH, PA   15214-1439              MAT     04/01/33 CUR BAL       61,062.34
                                         PROC TYPE    00 PAYOFF         61,612.39
                                         INT TYPE      F DEALER   00000000000000
CKS      CR AG   D06 O/S AG    FLD AG LGL COLLAT 18 VILLA COURT PITTS
CHPTER 13 16-23200 08/31/16 W-PA         NXT DUE 11/01/21 AMT            596.33
CONFIRMED PAID INSIDE                    CR/HS         / 018 020 020 013 013 001
RELATED 60516 64735                      LST PMT 08/31/21 AMT            596.33
12/18/19 FCL  APPROVED 1ST POS ITIO N    PTP DT  00/00/00 PTP AMT          0.00
                                         NXT CNT 10/07/21 LAST CONTACT 04/06/16
                                         NBR OF NSFS    0 LAST PTP KEPT
                                         BK FRAUD RSN     BK FRD DATE 00/00/00
ACTION      REACTION    REASON    AMT              WHEN         REFERRAL
SCPD
    DATE  ACTN REAC RSN   DATE  ACTN REAC RSN   DATE  ACTN REAC RSN   TIME
    10/06 SCPD            10/06 RSAD      SCPD  09/23 SCPD            ZONE
    09/23 SCPD            09/23 RSAD      SCPD  09/10 SCPD
PF1-FWD 2-BWD 3-ACTV 4-HIST 5-SCPD 6-BAL 7-STAT 8-INQMNU  9-PHONES 10-NAMES
 11-CODE 12-NXTACC 13-LTRS 14-LINK 15-QLST 16-PTP 17-USER
                                        A C BT SA
```

```
AMHS        10/07/21          HISTORY SUMMARY          17:05:41
CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT            2121 KOVAL TAMMY L
START DATE 08/04/20

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE TRAN DESCRIPTION        TRAN AMOUNT        POST BALANCE
     08/04/20 8080 REGULAR PAYMENT         596.33          64,347.55
     08/04/20 8080 REGULAR PAYMENT          66.87          64,280.68
     10/02/20 8080 REGULAR PAYMENT         428.98          64,280.68
     11/04/20 8080 REGULAR PAYMENT       1,360.01          63,453.09
     11/30/20 8080 REGULAR PAYMENT         596.33          63,124.96
     01/04/21 8080 REGULAR PAYMENT         596.33          62,887.89
     01/29/21 8080 REGULAR PAYMENT         596.33          62,547.85
     01/29/21 8080 REGULAR PAYMENT          82.58          62,486.70
     02/25/21 8080 REGULAR PAYMENT         596.33          62,165.39
     03/30/21 8080 REGULAR PAYMENT         596.33          61,903.48
     04/30/21 8080 REGULAR PAYMENT         596.33          61,619.97
     06/01/21 8080 REGULAR PAYMENT         596.33          61,345.08
     07/29/21 8080 REGULAR PAYMENT         596.33          61,328.76
     08/31/21 8080 REGULAR PAYMENT         596.33          61,062.34
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
```

```
AMHS          10/07/21         HISTORY SUMMARY          17:05:41
CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT ██████████2121 KOVAL TAMMY L
START DATE 12/30/19

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE  TRAN DESCRIPTION           TRAN AMOUNT        POST BALANCE
     12/30/19  8080 REGULAR PAYMENT             75.03           67,500.44
     01/02/20  8080 REGULAR PAYMENT            763.76           66,769.66
     01/02/20  8080 REGULAR PAYMENT             41.30           66,728.36
     02/03/20  8080 REGULAR PAYMENT            596.33           66,479.16
     02/03/20  8080 REGULAR PAYMENT             74.89           66,404.27
     03/02/20  8080 REGULAR PAYMENT            147.51           66,404.27
     03/02/20  8080 REGULAR PAYMENT            596.33           65,962.70
     03/31/20  8080 REGULAR PAYMENT            596.33           65,677.35
     05/01/20  8080 REGULAR PAYMENT            596.33           65,412.00
     05/01/20  8080 REGULAR PAYMENT            143.22           65,268.78
     06/02/20  8080 REGULAR PAYMENT            596.33           65,011.99
     06/02/20  8080 REGULAR PAYMENT             67.68           64,944.31
     07/01/20  8080 REGULAR PAYMENT            596.33           64,654.16
     07/01/20  8080 REGULAR PAYMENT             67.28           64,586.88
PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
```

```
AMHS          10/07/21         HISTORY SUMMARY          17:05:41
CUR
CTL2 060 CTL3 000 CTL4 0000 ACCT ██████████2121 KOVAL TAMMY L
START DATE 11/06/15

OPT: A=ACCRUED SINCE LAST TRAN, C=CAPTURE, R=REVERSAL, S=SPECIFIC, H=SPLIT HIST
     D=DISPUTED ITEM STATUS CHG, I=INVESTOR SPECIFIC, V=INVESTOR CUSTODIAL
OPT  EFF DATE  TRAN DESCRIPTION           TRAN AMOUNT        POST BALANCE
     11/06/15  8080 EPOST TRAN               1,192.66           77,647.24
     06/07/16  8080 REGULAR PAYMENT            596.33           77,320.31
     08/01/16  8080 REGULAR PAYMENT            596.33           77,320.31
     11/29/19  8080 REGULAR PAYMENT            596.33           67,904.50
     11/29/19  8080 REGULAR PAYMENT             75.47           67,829.03
     12/30/19  8080 REGULAR PAYMENT            596.33           67,575.47

PF2-NEXT PAGE   PF3-PREV PAGE   PF6-SELECT
AMPCHSIS AM1244 I: END OF DATA FOR THIS DATE RANGE                    LAST
```