## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| TAMMY L. KOVAL, ) | |
| ) | Bankruptcy No. 16-23200-CMB |
| Debtor, ) | |
| ) | Chapter 13 |
| RONDA J. WINNECOUR, Trustee ) | |
| Movant, ) | Related to: Document Nos. 110 and 114 |
| ) | |
| v. ) | |
| ) | |
| CITIZENS BANK, N.A., Respondent. ) | |

### ORDER OF COURT

AND NOW, this  12th  day of  November , 2021, upon consideration of the Trustee's Motion for Determination of Final Cure Under F.R.B.P. 3002.1(h), and responses thereto, it is

ORDERED, that the Court hereby determines that: (a) the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through September 30, 2021, as to the mortgage of Citizens Bank, N.A. (Claim 3); (b) all prepetition arrears have been paid and the post-petition payments are fully current as of September 30, 2021; and (c) Debtor(s) are to have resumed direct payments for all payments coming due on and after October 1, 2021; and, it is

ORDERED, that Citizens Bank, N.A. is prohibited from adding any fees or other charges to the debtor's account in connection with the filing of its Response, or for attending any hearing on this matter; and it is

ORDERED, that the hearing set on this matter for 12/15/2021 at 1:30 pm is cancelled.

FILED
11/12/21 12:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson | /s/ Rodney D. Shepard | /s/ James Warmbrodt |
| Attorney for Respondent | Attorney For Debtor | For Trustee Ronda J. Winnecour |
| Garry Masterson | Rodney D. Shepard | 600 Grant Street |
| 965 Keynote Circle | 2403 Sidney Street, Suite 208 | USX Tower, Suite 3250 |
| Brooklyn Heights, OH 44131 | Pittsburgh, PA 15203 | Pittsburgh, PA 15219 |